UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HOSKINS,<br><br>    Plaintiff,<br><br>v.<br><br>R. FRANKLIN, et al.,<br><br>    Defendants. | NO. CV 19-2414-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the complaint is GRANTED IN PART AND DENIED IN PART as follows:

    (1) Defendants' motion to dismiss the Eighth Amendment claim is denied;

    (2) Defendants' motion to dismiss the due process claim is granted; and

    (3) Plaintiff is granted leave to file a First Amended Complaint within 30 days after entry of this order.

If Plaintiff elects not to file a First Amended Complaint, this action will proceed solely on his Eighth Amendment claim.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: March 31, 2020

JESUS G. BERNAL
United States District Judge